# United States Court of Appeals
## For the First Circuit

No. 17-8009

MICHELLE CARTER; JONATHAN CESSNA; ALICIA GENTILE; SONIA HERRERA; JENNY MARAZZI; MEGAN PETERSON; SVEN P. VOGTLAND; DAVID WALLS; KRISTINA PEARSON; ERIC TERRELL; ELIZABETH POYNTER; ERIC CAPDEVILLE,

Plaintiffs, Respondents,

MICHAEL FEUER; MARTIN HOMMEL; KAMI RALEIGH; BRIDGET BECNEL DELIVORIAS; KAREN FINNEY; AMANI EL-JANDALI; MARVIN CATALAN,

Plaintiffs,

v.

THE DIAL CORPORATION, a/k/a, Dial Corporation, a/k/a, The Dial Corporation, Inc.,

Defendant, Petitioner,

HENKEL CONSUMER GOODS, INC.,

Defendant.

**ERRATA SHEET**

The judgment of this Court issued on July 31, 2017, is amended as follows:

On page 2, line 31, insert a period after "<u>Nexium</u>."